**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **CARRIE JENKS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INNOVATIVE SCIENTIFIC SOLUTIONS, LLC d/b/a LUXOR SCIENTIFIC**,<br><br>Defendant. | Case No.: 6:26-cv-01874-TMC<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that the Summons Returned Executed is attached as Exhibit A. Defendant was served with all filings in this action on May 15, 2026.

DATED: May 15, 2026

*/s/ Neil P. Williams*
Neil P. Williams (Fed. ID 14401)
**SIRI & GLIMSTAD LLP**
1901 Main Street
18th Floor #3037
Columbia, SC 29201
T: 929-474-6448
E: nwilliams@sirillp.com

*Counsel for Plaintiff and the Proposed Class*

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

CARRIE JENKS, on behalf of herself and all others similarly situated

*Plaintiff(s)*

v.

INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC,

*Defendant(s)*

Civil Action No. 6-26-cv-1874-TMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INNOVATIVE SCIENTIFIC SOLUTIONS, LLC
D/B/A LUXOR SCIENTIFIC,
1327 Miller Road, Suite F
Greenville, South Carolina 29607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Neil Williams
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 08, 2026

s/Kay McAlister
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

Filed: l official seal.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-01874-TMC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC was received by me on *(date)* 5/13/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kristi Rollins , who is designated by law to accept service of process on behalf of *(name of organization)* INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC on *(date)* 5/15/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ 92.25 for services, for a total of $ 92.25

I declare under penalty of perjury that this information is true.

Date: 5/15/2026 [signature] Donald Lawson
*Server's signature*

Donald Lawson
*Printed name and title*

112 Ment Dr, Simpsonville , SC 29680
*Server's address*

Additional information regarding attempted service, etc:

Donald Lawson
Server Signature
Donald Lawson
+1 (864) 640-2103

Subscribed and sworn to before me this 15th day of May, 2026, by Donald Lawson.
Server Name

Witness my hand and official seal.

Notary Public

My commission expires:
June 16th 2035

Notary Stamp

JANE WILLIS
My Commission Expires
NOTARY PUBLIC
June 16, 2035
STATE OF SOUTH CAROLINA


Exhibit 1a)
Luxor Scientific
An Innovative Scientific Solutions Company
F

# UNITED STATES DISTRICT COURT

for the
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **CARRIE JENKS, on behalf of herself and all others similarly situated**<br>*Plaintiff*<br><br>v.<br><br>**INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:26-cv-01874-TMC |

## AFFIDAVIT OF SERVICE

I, Donald Lawson, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC in Greenville County, SC on May 15, 2026 at 11:35 am at 1327 Miller Rd, Ste F, Greenville, SC 29607-5786 by leaving the following documents with Kristi Rollins who as Manager is authorized by appointment or by law to receive service of process for INNOVATIVE SCIENTIFIC SOLUTIONS, LLC D/B/A LUXOR SCIENTIFIC.

Summons Issued as to Innovative Scientific Solutions LLC. (kmca).pdf
003 - Local Rule 26.01 Answers to Rogs.pdf
001 - Complaint (on docket).pdf
Race: White, Sex: Female, Est. Age: 55-64, Hair: Black, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.8240843482,-82.2963998305
Photograph: See Exhibit 1

Total Cost: $92.25

Witness my hand and official seal.

Subscribed and sworn to before me this ____ day of ____________, ______, by __________________________.

Server Name

______________________________

Server Signature
Donald Lawson
+1 (864) 640-2103

______________________________

Notary Public

My commission expires: _________

Notary Stamp

Exhibit 1a)


Luxor Scientific
An Innovative Scientific Solutions Company
F
NOTICE
PROPERTY MONITORED BY VIDEO SECURITY
NOTICE
NO LOITERING
NO TRESPASSING
NO SOLICITING
Clearwater BioTech
848 BSW